Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR18-5272RAJ |
| v. | MINUTE ORDER |
| ELIZABETH ANN McKEAN, | |
| Defendant. | |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

Defendant's Appearance Bond entered June 25, 2018, is modified to remove the location monitoring condition.

All other conditions of the Appearance Bond remain in full force and effect.

DATED this 12th day of April, 2019.

WILLIAM M. McCOOL,
Clerk of the Court

*/s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1