Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH ANN MCKEAN,<br><br>Defendant. | No. CR18-5272RAJ<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

Defendant's Appearance Bond entered June 25, 2018, is modified to add the condition that she may have contact with her co-defendant, Nicolas Orozco Cruz.

All other conditions of the Appearance Bond remain in full force and effect.

DATED this 21st day of June, 2019.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones